<u>NOT FOR PUBLICATION</u>

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| REGINAL LEE DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>KAMALA HARRIS, *et al.*,<br><br>Defendants. | Civil Action No. 24-08921 (GC) (TJB)<br><br>**MEMORANDUM ORDER** |

<u>**CASTNER, District Judge**</u>

**IT APPEARING** that Plaintiff Reginal Lee Davis has filed a Motion for a "Final Restraining Order" under Federal Rule of Civil Procedure (Rule) 65 (ECF No. 6) under the above caption; and

**IT FURTHER APPEARING** that:

a. Plaintiff's Complaint (ECF No. 1) and Plaintiff's subsequent submissions (ECF No. 7) contain neither a request for relief consistent with the Federal Rules of Civil Procedure or Local Civil Rules, nor a "short and plain statement of the claim showing that the pleader is entitled to relief" under Rule 8(a)(2);

b. Plaintiff's Motion for a Final Restraining Order (ECF No. 6) does not assert any cause of action, seek any relief beyond asking the Court to restrain the Defendants from "denial of life, liberty," and "property," or provide any factual allegations in support of the Motion that the Court is able to decipher;

c.  Plaintiff has not established that he is reasonably likely to succeed on the merits of any claim or that he will be irreparably injured by denial of relief, *see Reilly v. City of Harrisburg*, 858 F.3d 173, 176 (3rd Cir. 2017);

**IT IS** on this 5th day of November 2024 **ORDERED** as follows:

1.  Plaintiff's Motion for a Final Restraining Order (ECF No. 6) is **DENIED**.

2.  This matter shall remain **ADMINISTRATIVELY CLOSED** for docket management purposes pending the Court's screening of Plaintiff's pleadings (ECF Nos. 1, 7) under 28 U.S.C. § 1915(e) and § 1915A;

3.  The Clerk's Office is directed to mail Plaintiff a copy of this Memorandum Order.

**GEORGETTE CASTNER**
**UNITED STATES DISTRICT JUDGE**